IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Case No.  12-cr-00420-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **JESUS ROJAS-ALVARADO,**
      a/k/a "Santos Acevedo-Flores,
      a/k/a "Chuy," and
2.     **PEDRO CISNEROS-SOTO,**

      **Defendants.**

_____

## ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL
_____

THIS MATTER came before the Court for a Trial Preparation Conference on January 17, 2013.  At the hearing, the Motion for Leave to File Motion for Grand Jury Transcript Out of Time **(#39)** was granted and the Government was instructed to submit a proposed order.  In accordance with that directive, the Government has stated:

The Government has obtained testimony from one or more persons who may be called as trial witnesses.  Disclosure of this material may assist the defendants in preparing for trial.

Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice.  In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses for the limited purpose of preparing for and conducting trial.  *See* 18 U.S.C. §3500 and Federal Rule of Criminal Procedure 26.2, 16, 6(e)(3)(E)(i) and (e)(3)(F).

BEING now advised in the premises, the Court Finds, Concludes, and Orders the

following:

The United States Attorney's Office may disclose to the defense pertinent portions of the transcripts of witness(es)' testimony before the Grand Jury in the above-captioned case after it has been determined by the Government that such witness will be called to testify at trial. The defense attorneys are to maintain control over the material, keeping it in his or her confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED this 18th day of January, 2013.

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge