**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom  
Probation Officer: Nicole Peterson  
Interpreter: Susanna Cahill  

Date: September 17, 2013

Criminal Action No. 12-cr-00420-MSK

*Parties*:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESUS ROJAS-ALVARADO,

        Defendant.

*Counsel*:

James Boma  
Zachary Phillips

Evans Prieston

---

**SENTENCING MINUTES**
_____

**3:04 p.m.    Court in session**.

Hearing continued from September 9, 2013.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on February 14, 2013.  Defendant pled guilty to Counts 1, 2 and 4 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #139)** Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Government's Motion for Downward Departure (**Doc. #139**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Defendant forfeits all his interest in the property that is so designated and derived from the proceeds of the instant offense.

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:34 p.m.   Court in recess.**

Total Time:   30 minutes.
Hearing concluded.